Name and address:
Kere K. Tickner SBN 174777
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
(949) 221-1000
(949) 221-1001 FAX

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ROMAN, et al.<br><br>PLAINTIFF(S)<br>v.<br>MSL CAPITAL, LLC, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br>5:17-cv-02066-JGB-SP<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael J. Rubino CA Bar Number: 132235

Firm or agency: ATKINSON, ANDELSON, LOYA, RUDD & ROMO APLC

Address: 20 Pacifica, Suite 1100, Irvine, CA 92618

Telephone Number: (949) 453-4260 Fax Number: (949) 453-4262

E-mail: mrubino@aalrr.com

Counsel of record for the following party or parties: MSL CAPITAL, LLC and LI RITCHEY

Other members of the same firm or agency also seeking to withdraw: Carol A. Gefis and Chelsea N. Trotter



1335.174

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Kere K. Tickner CA Bar Number: 174777

Firm or agency: BREMER WHYTE BROWN & O'MEARA LLP

Address: 20320 S.W. Birch Street, Second Floor, Newport Beach, CA 92660

Telephone Number: (949) 221-1000 Fax Number: (949) 221-1001

E-mail: ktickner@bremerwhyte.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 2-6-18 Signature: [signature]

Name: Michael J. Rubino

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: ____________ Signature: ____________

Name: Kere K. Tickner

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: ____________ Signature: ____________

Name: Li Ritchey

Title: Individually & on behalf of MSL Capital

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Kere K. Tickner CA Bar Number: 174777

Firm or agency: BREMER WHYTE BROWN & O'MEARA LLP

Address: 20320 S.W. Birch Street, Second Floor, Newport Beach, CA 92660

Telephone Number: (949) 221-1000 Fax Number: (949) 221-1001

E-mail: ktickner@bremerwhyte.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: ____________ Signature: ____________

Name: Michael J. Rubino

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 2/8/18 Signature: [signature]

Name: Kere K. Tickner

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: ____________ Signature: ____________

Name: Li Ritchey

Title: Individually & on behalf of MSL Capital

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Kere K. Tickner CA Bar Number: 174777

Firm or agency: BREMER WHYTE BROWN & O'MEARA LLP

Address: 20320 S.W. Birch Street, Second Floor, Newport Beach, CA 92660

Telephone Number: (949) 221-1000 Fax Number: (949) 221-1001

E-mail: ktickner@bremerwhyte.com

## SECTION III - SIGNATURES

***Withdrawing Attorney***

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: ____________ Signature: ____________

Name: Michael J. Rubino

***New Attorney (if applicable)***

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: ____________ Signature: ____________

Name: Kere K. Tickner

***Party Represented by Withdrawing Attorney***

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 2/6/2016 Signature: [signature]

Name: Li Ritchey

Title: Individually & on behalf of MSL Capital

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660. My business e-mail address is dmacmurray@bremerwhyte.com.

On February 9, 2018, I served the within document(s) described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC MAIL SERVICE) Based upon CRC Rule 2.251 or an agreement of the parties to accept electronic service I caused such document(s) to be Electronically Mailed through Bremer, Whyte, Brown & O'Meara electronic mail system for the above entitled case. Should your office require a hard copy of said document, please contact our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2018, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Denise G. S. MacMurray | [signature] |
|---|---|
| (Type or print name) | (Signature) |



BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

**William Roman, et al. v. MSL Capital, LLC, et al.**

**Case No. 5:17-cv-02066-JGB-SP**

**BWB&O CLIENT:** **Li Ritchey and MSL Capital, LLC**
**BWB&O FILE NO.:** **1335.174**

**SERVICE LIST**

| | | |
|---|---|---|
| Stuart E. Gagan<br>LAW OFFICES OF STUART E. FAGAN<br>P.O. Box 365<br>Wheaton, IL 60187<br>Phone: (858) 220-9601<br>fairhousinglawyer@sbcglobal.net<br><br>**Attorneys for Plaintiffs, William Roman, et al.** | Carol A. Gefis<br>Michael J. Rubino<br>Chelsea N. Trotter<br>ATKINSON, ANDELSON, LOYA, RUDD & ROMO, APLC<br>20 Pacifica, Suite 1100<br>Irvine, CA 92618<br>Phone: (949) 453-4260<br>Fax: (949) 453-4262<br>CGefis@aalrr.com<br>MRubino@aalrr.com<br>CTrotter@aalrr.com<br><br>**Attorneys for MSL Capital, LLC and Li Ritchey** | |



BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000