**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, Cal. State Bar No. 152732
P.O. Box 365
Wheaton, Illinois 60187
Telephone: (858) 220-9601
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROMAN; DESIREE ACOSTA; and D.R., N.R., J.R., A.R., and J.R., minors, by and through their general guardian, DESIREE ACOSTA; DIEGO SANDOVAL; RENEE SANDOVAL; A.G., a minor, by and through her general guardian, RENEE SANDOVAL; CATHERINE MICHELLE PEREZ; I.A. and S.A., minors, by and through their general guardian, CATHERINE MICHELLE PEREZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>MSL CAPITAL, LLC, doing business as CASA BUENA CASA LYNNDA, and LI RITCHEY,<br><br>          Defendants. | No. 5:17-CV-02066-JGB-SP<br><br>NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES<br><br>Judge:     Jesus G. Bernal<br>Date:      November 5, 2018<br>Time:      9 a.m.<br>Dept.:     1<br><br>Discovery<br>Cut-Off:   November 5, 2018<br>Pre-Trial<br>Conf.:     March 4, 2019<br>Trial:     March 19, 2019 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** on November 5, 2018, at 9 a.m., or as

soon thereafter as the matter can be heard, in Department 1 of this Court, located at

3470 Twelfth Street, Riverside, California, Plaintiffs William Roman, Desiree Acosta, D.R., N.R., J.R., A.R., J.R., Diego Sandoval, Renee Sandoval, A.G., Catherine Perez, I.A., and S.A. (cumulatively, "Plaintiffs") will and hereby do move this Court for Partial Summary Judgment against Defendants MSL Capital, LLC, d.b.a., Casa Buena Casa Lynnda, and Li Ritchey (jointly, "Defendants"), or, in the alternative, pursuant to Fed. R. Civ. P. 56(d), for summary adjudication of the issues as follows:

1. The Adult Supervision Rule violates 42 U.S.C. §3604(b);

2. The Adult Supervision Rule violates 42 U.S.C. §3604(c);

3. The oral statements made by Defendant Li Ritchey violate 42 U.S.C. §3604(c);

4. Defendants' failure to post a Fair Housing poster violated 24 C.F.R. §110.30;

5. Each of Defendants' violations of 42 U.S.C. §§3604(b) and (c) also constitutes a violation of the California Fair Employment and Housing Act, Cal. Gov't Code §12955(a) and (c), respectively;

6. Each of Defendants' violations of 42 U.S.C. §§3604(b) and (c) and Cal. Gov't Code §§12955(a) and (c) also constitutes a violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code §17200; and

7. The Adult Supervision Rule violates California's Unruh Civil Rights Act, Cal. Civil Code §51 *et seq.*

This motion is based on this notice; the accompanying Memorandum of Points and Authorities in Support Thereof; the Separate Statement of Undisputed Material Facts; the Declarations of William Roman, Catherine Michelle Perez, Renee Sandoval, and Stuart E. Fagan; the Notice of Lodgment and the documents lodged herewith; the complete files and records in this action; and such oral and documentary evidence as

may be presented at or before any hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 28, 2018.

Dated: October 2, 2018                          LAW OFFICES OF
                                                STUART E. FAGAN


                                                By: /s/ Stuart E. Fagan
                                                    Stuart E. Fagan
                                                Attorneys for Plaintiffs