**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, Cal. State Bar No. 152732
P.O. Box 365
Wheaton, Illinois 60187
Telephone: (858) 220-9601
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROMAN; DESIREE ACOSTA; and D.R., N.R., J.R., A.R., and J.R., minors, by and through their general guardian, DESIREE ACOSTA; DIEGO SANDOVAL; RENEE SANDOVAL; A.G., a minor, by and through her general guardian, RENEE SANDOVAL; CATHERINE MICHELLE PEREZ; I.A. and S.A., minors, by and through their general guardian, CATHERINE MICHELLE PEREZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>MSL CAPITAL, LLC, doing business as CASA BUENA CASA LYNNDA, and LI RITCHEY,<br><br>    Defendants. | No. 5:17-CV-02066-JGB-SP<br><br>NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES<br><br>Judge: Jesus G. Bernal<br>Date: November 5, 2018<br>Time: 9 a.m.<br>Dept.: 1<br><br>Discovery Cut-Off: November 5, 2018<br>Pre-Trial Conf.: March 4, 2019<br>Trial: March 19, 2019 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **YOU ARE HEREBY NOTIFIED THAT** the following exhibits, interrogatory responses, and cases are hereby lodged by Plaintiffs William Roman, *et al.*, in support

of their Motion for Summary Judgment, or, in the Alternative, for Summary Adjudication of the Issues:

**Summary Judgment Exhibits:**

1. 10-5-2016 Grant Deed to 24271 and 24356 Webster Ave., Moreno Valley, California, Riverside County Recorder's Doc. #2016-0447503;
2. 10-13-2016 Letter from Defendant Li Ritchey to Tenants
3. 10-24-2016 Lease Agreement Re Renee Sandoval and Diego Sandoval;
4. 10-24-2016 Letter Prepared by Defendants for Renee Sandoval;
5. 10-24-2016 60-Day Notice to Terminate Tenancy of Diego and Renee Sandoval;
6. 10-23-2016 Lease Agreement Re Catherine Perez and Jorge Arias;
7. 1-20-2017 60-Day Notice to Terminate Tenancy of Catherine Perez and Jorge Arias;
8. 10-23-2016 Lease Agreement Re William Roman and Desiree Acosta;
9. 1-20-2017 60-Day Notice to Terminate Tenancy Re William Roman and Desiree Acosta;
10. 2-1-2017 Letter from Li Ritchey to Tenants;
11. 10-24-2016 Letter from Li Ritchey to Tenants.

**Interrogatory Responses:**

1. Defendant MSL Capital's Response to Plaintiffs' Interrogatories, Set No. One.

**Cases:**

1. *Blackington v. Quiogue Family Trust,* Case No. 11-CV-1670-W(WVG) (S.D. Cal. 4-13-2013), Loislaw Federal District Court Opinions;
2. *Glasby v. Mercy Hous., Inc.*, Case No. 17-cv-02153-DMR (N.D. Cal. Oct. 25, 2017);
3. *Na'im v. Sophie's Arms Fine Residences,* Case No. 13-cv-2515-JAH (BLM)

(S.D. Cal. 1-8-2015);

4. *Mathews v. Arrow Wood LLC,* Case No. EDCV-07-1316-SGL (C.D. Cal. 2009), Loislaw Federal District Court Opinions;

5. *Zhou v. Villa de Paz Apartments, LLC,* Case No. 2:17-cv-03795-MHB, *7, (D. Ariz. 9-25-2018).

**Treatises:**

1. *Housing Discrimination, Law and Litigation,* R. Schwemm, §11E:1 (1991).

Dated: October 2, 2018

LAW OFFICES OF
STUART E. FAGAN

By: /s/ Stuart E. Fagan
    Stuart E. Fagan
Attorneys for Plaintiffs