REDACTED

FILED
CLERK, U.S. DISTRICT COURT
4/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: MG DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**JURY NOTE • NUMBER** 1

Case No. 5:17-CV-02066-JGB (SPx)

Title: WILLIAM ROMAN, et al. v. MSL CAPITAL, LLC, et al.

☐ The Jury has reached a unanimous verdict.

☑ Other:

Juror No. 4

The Fore person is myself [redacted]
Expectation is to deliver the verdict by
5:00 pm today.

Dated this 5 day of April, 2019.

Time: 11 : 28 am/pm

Juror No. 4

[redacted]

Foreperson of the Jury

Court's Response: