Keith G. Bremer, State Bar No. 155920
kbremer@bremerwhyte.com
Rachel A. Mihai, State Bar No. 249716
rmihai@bremerwhyte.com
Sarah V. Vega, State Bar No. 321317
svega@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
MSL CAPITAL, LLC and LI RITCHEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROMAN; DESIREE ACOSTA; D.R., N.R., J.R., A.R., and J.R., minors, by and through their general guardian, DESIREE ACOSTA; DIEGO SANDOVAL; RENEE SANDOVAL; CATHERINE MICHELLE PEREZ; I.A. And S.A., minors, by and through their general guardian, CATHERINE MICHELLE PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MSL CAPITAL, LLC doing business as CASA BUENA CASA LYNNDA and LI RITCHEY,<br><br>Defendants. | Case No. 5:17-cv-02066-JGB-SP<br><br>Judge: Hon. Jesus G. Bernal<br>Dept: 1<br><br>**[PROPOSED] JUDGMENT**<br><br>Complaint Filed: October 7, 2017<br>Trial Date: April 2, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Jury Trial Verdict rendered on Friday April 5, 2019, Defendants Li Ritchey and MSL Capital, LLC submit to this Court a proposed judgment:

///

///

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1335.174  4818-5034-3059.1

# [PROPOSED] JUDGMENT

After trial commenced on Tuesday April 2, 2019, the Jury found in favor of Defendants MSL Capital, LLC and Li Ritchey on Friday April 5, 2019.  Based on the Jury's Finding, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1. On Plaintiffs' causes of action related to Federal Fair Housing Act claims, the jury found no violations;
2. On Plaintiffs' causes of action related to the California Fair Employment and Housing Act, the jury found no violations;
3. On Plaintiffs' causes of action related to the California Unruh Civil Rights Act, the jury found no violations;
4. Plaintiffs shall recover nothing by way of their Complaint (Case No. 5:17-cv-02066-JGB, ECF Docket No. 1);
5. Judgment shall be entered in favor of Defendants MSL Capital, LLC and Li Ritchey and against Plaintiffs;
6. Defendants reserve any rights to pursue costs and attorney's fees pursuant to Federal Rule of Civil Procedure 54;
7. The Clerk of the Court is ordered to enter this judgment;
8. Plaintiffs' Complaint in this instant action is ordered dismissed with prejudice in the above entitled action, in its entirety.

Dated: _____

                HON. JESUS G. BERNAL
                UNITED STATES DISTRICT COURT JUDGE

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

1335.174  4818-5034-3059.1

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660. My business e-mail address is jnavarro@bremerwhyte.com.

On April 9, 2019, I served the within document(s) described as:

**[PROPOSED] JUDGMENT**

on the interested parties in this action as stated on the attached mailing list.

[X] ((BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the Central District of California ECF System for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by Central District of California ECF's system. A copy of the filing receipt page will be maintained with the original document(s) in our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 9, 2019, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jaclyn Williams  
(Type or print name)                                  (Signature)

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

1335.174  4838-0693-7435.1
4838-0693-7435, v. 1

**William Roman, et al. v. MSL Capital, LLC, et al.**

**Case No. 5:17-cv-02066-JGB-SP**

**BWB&O CLIENT:** Li Ritchey and MSL Capital, LLC
**BWB&O FILE NO.:** 1335.174

**SERVICE LIST**

| | | |
|---|---|---|
| Stuart E. Fagan<br>LAW OFFICES OF<br>STUART E. FAGAN<br>P.O. Box 365<br>Wheaton, IL 60187<br>Phone: (858) 220-9601<br>fairhousinglawyer@sbcglobal.net<br><br>**Attorneys for Plaintiffs,<br>William Roman, et al.** | | |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

1335.174  4838-0693-7435.1
4838-0693-7435, v. 1