JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROMAN; DESIREE ACOSTA; D.R., N.R., J.R., A.R., and J.R., minors, by and through their general guardian, DESIREE ACOSTA; DIEGO SANDOVAL; RENEE SANDOVAL; CATHERINE MICHELLE PEREZ; I.A. And S.A., minors, by and through their general guardian, CATHERINE MICHELLE PEREZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MSL CAPITAL, LLC doing business as CASA BUENA CASA LYNNDA and LI RITCHEY,<br><br>    Defendants. | Case No. 5:17-cv-02066-JGB-SPx<br><br>**JUDGMENT** |

## **JUDGMENT**

On November 5, 2018, the Court granted partial summary judgment to Plaintiffs. A trial commenced on Plaintiffs' remaining claims on Tuesday April 2, 2019. The Jury found in favor of Defendants MSL Capital, LLC and Li Ritchey on all remaining claims on Friday April 5, 2019. Pursuant to Federal Rule of Civil Procedure 58(b), the Court hereby enters judgment consistent with its Summary

Judgment Order and with the Jury's April 5, 2019 verdict. IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Defendants' Adult Supervision Rule violated 42 U.S.C. §§ 3604(b) and (c) and the California Fair Employment and Housing Act;
2. Defendants' failure to display a fair housing poster at the Casa Buena and Casa Lynnda apartment buildings violated 24 C.F.R. §§ 110.010(a) and 110.30;
3. On Plaintiffs' remaining causes of action related to the Federal Fair Housing Act, the jury found no violations;
4. On Plaintiffs' remaining causes of action related to the California Fair Employment and Housing Act, the jury found no violations;
5. On Plaintiffs' causes of action related to the California Unruh Civil Rights Act, the jury found no violations;
6. The Court awards Plaintiffs nominal damages in the following amounts:
    a. $1.00 for Defendants' violation of 42 U.S.C. §§ 3604(b) and (c);
    b. $1.00 for Defendants' violation of the California Fair Employment and Housing Act;
    c. $1.00 for Defendants' failure to display a fair housing poster at the Casa Buena apartments;
    d. $1.00 for Defendants' failure to display a fair housing poster at the Casa Lynnda apartments;
7. The Clerk of the Court is ordered to enter this judgment.

**IT IS SO ORDERED**

Dated: May 10, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE