UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WILLIAM ROMAN; et al.,

        Plaintiffs - Appellants,

v.

MSL CAPITAL, LLC, DBA Casa Buena Casa Lynnda and LI RITCHEY,

        Defendants - Appellees.

No. 19-55896

D.C. No. 5:17-cv-02066-JGB-SP
U.S. District Court for Central California, Riverside

**MANDATE**

        The judgment of this Court, entered September 08, 2020, takes effect this date.

        This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        Costs are taxed against the appellant in the amount of $104.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7